422 A.2d 682

Commonwealth v. Carter, Appellant.

Submitted December 8, 1978. Thomas L. McGill, Jr., for appellant; Edward G. Rendell, District Attorney, for Commonwealth, appellee.

Before CERCONE, HESTER and HOFFMAN, JJ.

Judgment of sentence affirmed.

422 A.2d 682

Commonwealth v. Franklin J., Appellant.

Submitted June 12, 1978. Ronald E. Vican, Public Defender, for appellant; Ralph A. Matergia, Assistant District Attorney, for Commonwealth, appellee.

Before JACOBS, P. J., and HOFFMAN, CERCONE, PRICE, VAN der VOORT, SPAETH and HESTER, JJ.

Judgment of sentence affirmed.

JACOBS, former P. J., did not participate in the consideration or decision of this case.